EMANUEL GORDON, Suing on Behalf of Himself and All Other Similarly Situated Pawnbrokers in the City of Buffalo, Appellant, *v.* J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.

Submitted July 14, 1954; decided July 14, 1954.

*Herbert Shafer* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown* and *Ruth Kessler Toch* of counsel), opposed.

Motion for a certificate that a constitutional question is involved granted.

Motion for a stay denied.